**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Christian Felder, | § | |
|     *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:18-CV-00046 |
| Lorie Davis | § | |
| Director of the Texas Department | § | |
| of Criminal Justice – Correctional | § | |
| Institutions Division, | § | |
|     *Respondent.* | § | |

## MEMORANDUM AND RECOMMENDATION

Before the court is Petitioner Felder's motion for writ of habeas corpus relief. Dkt. 1. The filing was referred to this Magistrate Judge for report and recommendation. Dkt. 3. Federal habeas corpus relief is warranted when a petitioner is confined as a result of an unconstitutional state court conviction. Felder is not challenging her state court conviction, instead, she argues she is entitled to relief pursuant to 23 U.S.C. § 2241 because former President Obama enacted regulations, the Initiative on Executive Clemency and the Transgender Offender Manual, that violate her First, Fifth, Eighth, and Fourteenth Amendments. Specifically, Felder claims her safety is in jeopardy because these regulations allow heterosexual male inmates, who claim to be transgenders, to be housed with female inmates like Felder. This claim does not warrant federal habeas corpus relief. *See Davis v. Hemigartner*, 16-3063-SAC, 2016 WL 3855551, at *3 (D. Kan. July 15, 2016) (holding that petitioner was not entitled to federal habeas relief because petitioner's complaint of being housed with a transsexual inmate was a

confinement conditions claim, and could only be litigated in a civil rights complaint). Accordingly, the court recommends that Felder's petition be denied with prejudice.

Felder has 14 days from service of this memorandum and recommendation to file written objections. Failure to file timely objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72.

Signed at Houston, Texas, on February 21, 2018.

_____
Stephen Wm Smith
United States Magistrate Judge