UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

| | |
|---|---|
| CHRISTIAN FELDER, § | |
|     Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:18-CV-00046 |
| DEPARTMENT OF JUSTICE, § | |
|     Respondent. § | |

## Order of Adoption

On February 21, 2018, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 5). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed _June 12_____, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge